# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MITCHENER<br>Plaintiff(s),<br>v.<br>TALKSPACE NETWORK LLC, et al.<br>Defendant(s). | CASE NUMBER:<br>2:24−cv−07067−JAK−BFM<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document. No. | Title of Document. |
|---|---|---|
| 11/04/2024 | 12 | Defendant's Motion to Dismiss Plaintiff's Class Action Complaint for Violations of California Trap and Trace Law |

**IT IS HEREBY ORDERED:**

The document is accepted as filed.

DATED: November 8, 2024

/s/ *John A. Kronstadt*
United States District Judge