# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MITCHENER,<br><br>        Plaintiff,<br><br>v.<br><br>TALKSPACE NETWORK LLC, et al.,<br><br>        Defendants. | No. 2:24-cv-07067-JAK (BFMx)<br><br>**ORDER RE MOTION TO DISMISS (DKT. 12)** |

On November 4, 2024, Defendant Talkspace Network LLC filed a Motion to Dismiss the Complaint (the "Motion" (Dkt. 12)). On November 25, 2024, Plaintiff filed a First Amended Complaint (the "FAC" (Dkt. 17)). Therefore, the Motion is MOOT, and the corresponding hearing is vacated.

**IT IS SO ORDERED.**

Dated: December 13, 2024         _____

John A. Kronstadt

United States District Judge