UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MITCHENER,<br><br>        Plaintiff,<br><br>v.<br><br>TALKSPACE NETWORK LLC, et al.,<br><br>        Defendants. | No. 2:24-cv-07067-JAK (BFMx)<br><br>**ORDER RE STIPULATION TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE FOR TALKSPACE'S MOTION TO DISMISS (DKT. 19)** |

1

Based on a review of the Stipulation to Continue Hearing Date and Set Briefing Schedule for Talkspace's Motion to Dismiss (the "Stipulation" (Dkt. 19)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

1. The hearing on Talkspace's Motion to Dismiss and/or Strike Plaintiff's First Amended Class Action Complaint (the "Motion" (Dkt. 18)) is continued from February 3, 2025, to March 10, 2025;

2. Plaintiff shall file any Opposition to the Motion on or before January 13, 2025; and

3. Talkspace shall file any Reply in Support of the Motion on or before February 3, 2025.

**IT IS SO ORDERED.**

Dated: December 17, 2024                    _____
                                            John A. Kronstadt
                                            United States District Judge