Robert Tauler (SBN 241964)
robert@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Courtney Mitchner*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

COURTNEY MITCHENER, individually and on behalf of all others similarly situated;

Plaintiff,

v.

TALKSPACE NETWORK LLC, a New York limited liability company; DOES 1 through 25, inclusive

Defendant.

Case No.: 2:24-cv-07067-JAK-BFM

**PLAINTIFF COURTNEY MITCHENER'S OPPOSITION TO DEFENDANT TALKSPACE NETWORK LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**

Hearing
Date: March 10, 2025
Time: 8:30 am
Courtroom: 10C

# REQUEST FOR JUDICIAL NOTICE

Plaintiff Courtney Mitchner requests that, pursuant to Federal Rule 201, the Court take judicial notice of the following documents:

**Exhibit 1.** Order re Demurrer in *Anne Heiting v. Taylor Fresh Foods, Inc.*, No. 24STCV12891 (Cal. Sup., County of Los Angeles), dated July 31, 2024.

**Exhibit 2.** Order re Demurrer in *Lillian Jurdi v. MSC Cruises (USA) LLC.*, No. 24STCV14098 (Cal. Sup., County of Los Angeles), dated September 17, 2024.

**Exhibit 3.** Order re Demurrer in *Jane Heiting v. IHOP Restaurants, LLC.*, No. 24STCV14453 (Cal. Sup., County of Los Angeles), dated October 28, 2024.

**Exhibit 4.** Order re Demurrer in *Carol Price v. Entravision Communications.*, No. 24SMCV02630 (Cal. Sup., County of Los Angeles), dated November 21, 2024.

DATED: January 13, 2025

**TAULER SMITH LLP**

By: */s/ Narain Kumar*
Narain Kumar, Esq.
Attorneys for Plaintiff
Courtney Mitchner

**CERTIFICATE OF SERVICE**

I hereby certified that I served the foregoing document on all parties of record by CM/ECF.

DATED: January 13, 2025

**TAULER SMITH LLP**

By: */s/ Narain Kumar*
Narain Kumar, Esq.
Attorneys for Plaintiff
Courtney Mitchner