**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)
Kamran B. Ahmadian (SBN 314566)
1900 Avenue of the Stars | Suite 2700
Los Angeles, CA 90067-4508
Telephone: 310.820.8800
Facsimile: 310.820.8859
*blukitsch@bakerlaw.com*
*kahmadian@bakerlaw.com*

*Attorneys for Defendant*
TALKSPACE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MITCHENER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TALKSPACE NETWORK LLC, a New York Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.: 2:24-cv-07067-JAK-BFM<br><br>*[Hon. John A. Kronstadt]*<br><br>**REPLY DECLARATION OF KAMRAN B. AHMADIAN IN SUPPORT OF DEFENDANT TALKSPACE, INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**<br><br>*[Filed concurrently with Reply Brief and Evidentiary Objections]*<br><br>Hearing Date: April 21, 2025<br>Hearing Time: 8:30 a.m.<br>Dept: 10C<br><br>Case Filed: August 20, 2024 |

# DECLARATION OF KAMRAN B. AHMADIAN

I, Kamran B. Ahmadian, declare as follows:

1. I am an attorney duly licensed and authorized to practice before this Court. I am an associate in the law firm of Baker & Hostetler LLP, attorneys for the Defendant Talkspace, Inc. (incorrectly named in the Complaint as Talkspace Network LLC) ("Defendant" or "Talkspace"). I have personal knowledge of the facts stated below and if called to do so, I could and would competently testify as follows.

2. This Declaration is submitted in support of Talkspace's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 ("Motion").

3. On November 5, 2024, Talkspace served Plaintiff's Counsel via email with a copy of a similar Rule 11 motion, which included the same declaration of Mr. Vint that was filed in connection with Talkspace's Motion.

4. On November 6, Mr. Tauler replied to my email. A true and accurate copy of this November 6, 2024 email correspondence is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of March 2025, at Los Angeles, California.

*/s/ Kamran B. Ahmadian*
Kamran B. Ahmadian

# EXHIBIT B

| | |
|---|---|
| From: | Robert Tauler |
| To: | Ahmadian, Kamran |
| Cc: | Narain Kumar; Lukitsch, Bethany |
| Subject: | Re: Courtney Mitchener v. Talkspace Network LLC et al (2:24-cv-0767-JAK-BFM): Letter Re Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 |
| Date: | Wednesday, November 6, 2024 3:32:40 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

[External Email: Use caution when clicking on links or opening attachments.]

"Fiddler Everywhere?"  Are you serious dude?  Please file this!

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
(213) 927-9270
www.taulersmith.com


On Tue, Nov 5, 2024 at 6:18 PM Ahmadian, Kamran <kahmadian@bakerlaw.com> wrote:

> Robert and Narain,
>
> Please see the attached Letter regarding Talkspace's Rule 11 Motion for Sanctions.  A copy of the draft Motion has also been sent via First Class U.S. Mail.   As always, we are happy to meet and confer at your convenience.
>
> Thank you very much.
>
> **Kamy Ahmadian**
> Associate
>
> 
>
> 1900 Avenue of the Stars | Suite 2700
> Los Angeles, CA 90067-4301
> T +1.310.979.8417
>
> kahmadian@bakerlaw.com
> bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.