Robert Tauler (SBN 241964)
robert@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Courtney Mitchener*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

COURTNEY MITCHENER, individually and on behalf of all others similarly situated;

Plaintiff,

v.

TALKSPACE NETWORK LLC, a New York limited liability company; DOES 1 through 25, inclusive

Defendant.

Case No.: 2:24-cv-07067-JAK-BFM

**PLAINTIFF COURTNEY MITCHENER'S NOTICE OF SUPPLEMENTAL AUTHORITY**

# NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully provides notice that, on April 3, 2025, the Central District of California denied a Motion to Dismiss in *Robert Conohan v. Rad Power Bikes Inc., et al.* (Case No. 2:25-cv-00106-PVC), a case based on upon the same issues of law under review in the instant matter. A copy of the Order is attached hereto as **Exhibit A**.

Plaintiff believes this development is relevant to the Court's evaluation of Defendant's pending Motion to Dismiss and its arguments on Article III Standing and the application of California Penal Code Section 638.51 to communications over the internet.

DATED: April 10, 2025 **TAULER SMITH LLP**

By: */s/ Narain Kumar*
Narain Kumar, Esq.
Attorneys for Plaintiff
Courtney Mitchener