**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COURTNEY MITCHENER,<br>Plaintiff,<br>v.<br>TALKSPACE NETWORK LLC, et al.,<br>Defendants. | No. 2:24-cv-07067-JAK (BFMx)<br>**ORDER RE DEFENDANT'S MOTION TO BIFURCATE DISCOVERY (DKT. 47); STIPULATION TO CONTINUE PRETRIAL DEADLIENS (DKT. 52); DEFENDANT'S MOTION FOR LEAVE TO FILE *INSTANTER* SUPPLEMENT (DKT. 53)** |

On June 5, 2025, Defendant Talkspace Network LLC ("Talkspace") filed a motion to bifurcate discovery (the "Motion to Bifurcate" (Dkt. 47)). On June 18, 2025, the parties filed a joint stipulation to continue various pretrial deadlines (the "Stipulation" (Dkt. 52)). On June 24, 2025, Talkspace filed a motion for leave to file *instanter* supplement in further support of the Motion to Bifurcate (the "Motion for Leave" (Dkt. 53)).

On June 27, 2025, an Order issued Granting Defendant's Motion to Dismiss and/or Strike Plaintiff's First Amended Class Action Complaint (the "MTD Order" (Dkt. 56)). In light of the MTD Order, the Motion to Bifurcate, the Stipulation and the Motion for Leave are **MOOT**. This Order is without prejudice to renewed requests for such relief, if warranted, and based on the filing of a second amended complaint.

**IT IS SO ORDERED.**

Dated: July 3, 2025

John A. Kronstadt
United States District Judge